UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JANE DOE,

*Petitioner*,

v.

THE SECURITIES AND

EXCHANGE COMMISSION,

*Respondent.*

No. 23-1140

## STIPULATION OF VOLUNTARY DISMISSAL OF PETITION

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Petitioner Jane Doe and Respondent Securities and Exchange Commission hereby stipulate to the voluntarily dismissal of this petition with prejudice. The parties shall pay their own costs.

Respectfully submitted,

*/s/ Max Maccoby*
Max Maccoby, DC Bar No. 462064
Washington Global Law Group PLLC
1701 Pennsylvania Ave., NW, #200
Washington, D.C. 20006
maccoby@washglobal-law.com
*Counsel for Petitioner*

*/s/ Stephen Silverman*
Stephen Silverman
Office of the General Counsel
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
silvermanst@sec.gov
*Counsel for Respondent*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of July 2023, copies of the

foregoing were served on the following by ECF to:

> Stephen Silverman
> U.S. Securities and Exchange Commission
> 100 F. St., N.E.
> Washington, D.C. 20549
> silvermanst@sec.gov

*/s/ Max Maccoby*