# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-1140** | **September Term, 2022** |
| | **SEC-2023-55** |
| | **Filed On: July 27, 2023** |

Jane Doe,

      Petitioner

  v.

Securities and Exchange Commission,

      Respondent

------------------------------

Consolidated with 23-1141

**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that No. 23-1140 be dismissed. It is

**FURTHER ORDERED** that the consolidation of No. 23-1140 with No. 23-1141 be terminated.

No mandate will issue in No. 23-1140.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                              BY:    /s/
                                          Laura M. Morgan
                                          Deputy Clerk