UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JANE DOE,<br><br>*Petitioner.*<br><br>v.<br><br>THE SECURITIES AND EXCHANGE COMMISSION,<br><br>*Respondent.* | No. 23-1140<br><br>**Petition for Review**<br><br>**PUBLIC COPY<br>SEALED MATERIAL<br>REDACTED** |

## Petition for Review

Pursuant to Section 21(F) of the Securities Exchange Act of 1934, Rule 21F-13 thereunder, and Federal Rule of Appellate Procedure 15, Petitioner Jane Doe, a person aggrieved by the final order of the Securities and Exchange Commission entered on May 5, 2023, in Whistleblower Award Proceeding File No. 2023-55 of the Commission (*In the Matter of the Claim for an Award in connection with SEC SEC v. Telefonaktiebolaget LM Ericsson*, 1:19-cv-11214 (S.D.N.Y. Dec. 6, 2019); *U.S. v. Telefonaktiebolaget LM Ericsson*, 1:19-cr-884 (S.D.N.Y. Dec. 6, 2019); and *U.S. v. Ericsson Egypt Ltd.*, 1:19-cr-884 (S.D.N.Y. Dec. 6, 2019)), petitions this Court to review that final order.

Respectfully submitted,

*/s/ Max Maccoby*
Max Maccoby, DC Bar No. 462064
Washington Global Law Group PLLC
1701 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
(202) 248-5439
maccoby@washglobal-law.com
*Counsel for Petitioner*

## ADDENDUM 1

Petitioner's real name is █████████████████████████.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2023, copies of the Petition for Review were served on the following by first class mail to:

Office of the General Counsel
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

Nicole C. Kelly
Chief, SEC Office of the Whistleblower
SEC Office of the Whistleblower (c/o ENF-CPU)
14420 Albemarle Point Place, Suite 102
Chantilly, VA 20151-1750

<u>*/s/ Max Maccoby*</u>
Max Maccoby, DC Bar No. 462064
Washington Global Law Group PLLC
1701 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
(202) 248-5439
maccoby@washglobal-law.com
*Counsel for Petitioner*
